Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

MORTON HELD et al., Doing Business as MORTON HELD & Co., Respondents, v. HARRY WISMER, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of CHEMICAL CORN EXCHANGE BANK, Respondent, v. IGNATIUS A. MONFORTE, Appellant.—

The appeal will be heard on a typewritten record and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file two copies of the typewritten record and six copies of his typewritten brief and to serve one copy of each on respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of HANSEN EXCAVATING Co., Respondent, v. COMET CONSTRUCTION CORP., Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Construction of the Will of TOBIAS COHN, Deceased. MARILYN MESSNER et al., Appellants; MARCIE N. COHN et al., by Their Special Guardian, ALLEN J. GOLDSTEIN, et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Accounting of GRACE F. REHFUS, as Executrix of THOROGOOD F. PARR, Deceased, Respondent. MILTON N. PARR et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of PEROSI HOMES, INC., Respondent, v. ALBERT V. MANISCALCO, as Borough President of the Borough of Richmond, et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.